UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT ARROYO, | : CIVIL ACTION NO. 3:CV-16-0933 |
| Plaintiff | : (Judge Nealon) |
| v. | : |
| GERALD E. WALTON, et al., | : |
| Defendants | : |

## ORDER

**AND NOW, THIS 30th DAY OF MAY, 2017,** for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion to dismiss (Doc. 13), IS **GRANTED.**

2. The above captioned action is **DISMISSED** for Plaintiff's failure to exhaust administrative remedies.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith.

/s/ William J. Nealon
**United States District Judge**